# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Sean Lamont Cameron,                    :

          Plaintiff,        :        Case No. 3:09-cv-188

  - vs -                                :        District Judge Thomas M. Rose
                                                      Magistrate Judge Michael R. Merz

City of Springfield, et al.,            :

          Defendants.       :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is dismissed without prejudice as to the City of Springfield for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

October 30, 2009                        *S/THOMAS M. ROSE

.

                                                          Thomas M. Rose
                                      United States District Judge